UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 09-23370ASD |
| Michael S. Goldberg, LLC | ) | |
| Michael S. Goldberg | ) | Case No. 09-23371ASD |
|                 Debtor | ) | |
| | ) | |
| James Berman, Trustee | ) | |
|                 Plaintiff | ) | |
| | ) | Adv. Proc. 10-02416 |
| v. | ) | |
| | ) | |
| Charles Burdick | ) | |
| Michael S. Goldberg and | ) | |
| Michael S. Goldberg, LLC | ) | |
|                 Defendants | ) | February 8, 2011 |
| | ) | |

**ANSWER**

1. Defendant has insufficient knowledge to either admit or deny the allegations contained in Paragraph No. 1 of the Complaint, and therefore leaves Plaintiff to its proof.

2. Defendant has insufficient knowledge to either admit or deny the allegations contained in Paragraph No. 2 of the Complaint, and therefore leaves Plaintiff to its proof.

3. Defendant has insufficient knowledge to either admit or deny the allegations contained in Paragraph No. 3 of the Complaint, and therefore leaves Plaintiff to its proof.

4. Defendant has insufficient knowledge to either admit or deny the allegations contained in Paragraph No. 4 of the Complaint, and therefore leaves Plaintiff to its proof.

5. Defendant has insufficient knowledge to either admit or deny the allegations contained in Paragraph No. 5 of the Complaint, and therefore leaves Plaintiff to its proof.

6. Defendant has insufficient knowledge to either admit or deny the allegations contained in Paragraph No. 6 of the Complaint, and therefore leaves Plaintiff to its proof.

7. Defendant has insufficient knowledge to either admit or deny the allegations contained in Paragraph No. 7 of the Complaint, and therefore leaves Plaintiff to its proof.

8. Defendant has insufficient knowledge to either admit or deny the allegations contained in Paragraph No. 8 of the Complaint, and therefore leaves Plaintiff to its proof.

9. Defendant has insufficient knowledge to either admit or deny the allegations contained in Paragraph No. 9 of the Complaint, and therefore leaves Plaintiff to its proof.

10. Defendant has insufficient knowledge to either admit or deny the allegations contained in Paragraph No. 10 of the Complaint, and therefore leaves Plaintiff to its proof.

11. Defendant has insufficient knowledge to either admit or deny the allegations contained in Paragraph No. 11 of the Complaint, and therefore leaves Plaintiff to its proof.

12. Defendant has insufficient knowledge to either admit or deny the allegations contained in Paragraph No. 12 of the Complaint, and therefore leaves Plaintiff to its proof.

13. Defendant has insufficient knowledge to either admit or deny the allegations contained in Paragraph No. 13 of the Complaint, and therefore leaves Plaintiff to its proof.

14. Defendant has insufficient knowledge to either admit or deny the allegations contained in Paragraph No. 14 of the Complaint, and therefore leaves Plaintiff to its proof.

15. Defendant has insufficient knowledge to either admit or deny the allegations contained in Paragraph No. 15 of the Complaint, and therefore leaves Plaintiff to its proof.

16. Defendant has insufficient knowledge to either admit or deny the allegations contained in Paragraph No. 16 of the Complaint, and therefore leaves Plaintiff to its proof.

17. Defendant has insufficient knowledge to either admit or deny the allegations contained in Paragraph No. 17 of the Complaint, and therefore leaves Plaintiff to its proof.

18. Defendant has insufficient knowledge to either admit or deny the allegations contained in Paragraph No. 18 of the Complaint, and therefore leaves Plaintiff to its proof.

19. Defendant has insufficient knowledge to either admit or deny the allegations contained in Paragraph No. 19 of the Complaint, and therefore leaves Plaintiff to its proof.

20. Defendant has insufficient knowledge to either admit or deny the allegations contained in Paragraph No. 20 of the Complaint, and therefore leaves Plaintiff to its proof.

21. Admitted.

22. Admitted.

23. Admitted.

24. Admitted.

25. Admitted.

26. Admitted.

27. Admitted.

28. Admitted.

29. Admitted.

30. Defendant has insufficient knowledge to either admit or deny the allegations contained in Paragraph No. 30 of the Complaint, and therefore leaves Plaintiff to its proof.

31. Defendant has insufficient knowledge to either admit or deny the allegations contained in Paragraph No. 31 of the Complaint, and therefore leaves Plaintiff to its proof.

32. Admitted.

33. Admitted.

34. Admitted.

35. Defendant's answers to Paragraphs 1-34 of the Complaint are hereby incorporated by reference as if fully set forth herein.

36. Admitted.

37. Denied.

38. Denied.

39. Denied.

40. Defendant's answers to Paragraphs 1-39 of the Complaint are hereby incorporated by reference as if fully set forth herein.

41. Admitted.

42. Denied.

43. Defendant has insufficient knowledge to either admit or deny the allegations contained in Paragraph No. 43 of the Complaint, and therefore leaves Plaintiff to its proof.

44. Denied

45. Defendant has insufficient knowledge to either admit or deny the allegations contained in Paragraph No. 45 of the Complaint, and therefore leaves Plaintiff to its proof.

46. Denied.

47. Denied.

48. Defendant's answers to Paragraphs 1-55(sic) of the Complaint are hereby incorporated by reference as if fully set forth herein.

49. Admitted.

50. Denied.

51. Denied.

52. Denied.

53. Defendant has insufficient knowledge to either admit or deny the allegations contained in Paragraph No. 53 of the Complaint, and therefore leaves Plaintiff to its proof.

54. Denied.

55. Defendant's answers to Paragraphs 1-54 of the Complaint are hereby incorporated by reference as if fully set forth herein.

56. Denied.

57. Defendant has insufficient knowledge to either admit or deny the allegations contained in Paragraph No. 57 of the Complaint, and therefore leaves Plaintiff to its proof.

58. Denied.

59. Denied.

60. Denied.

61. Defendant's answers to Paragraphs 1-60 of the Complaint are hereby incorporated by reference as if fully set forth herein.

62. Denied.

63. Denied.

DATED: February 8, 2011            Charles Burdick

                                              By:    /s/ Gary J. Greene_____
Gary J. Greene, Esq.
Greene Law, P.C.
11 Talcott Notch Rd.
Farmington, CT 06032
Fed. Bar No. CT09039
860.676.1336 (T)
860.676.2250 (F)
His Attorney
ggreene@greenelawpc.com